ORAL ARGUMENT NOT YET SCHEDULED
No. 24-3165

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**UNITED STATES OF AMERICA,**
　　　　　　　　　　　　　　　　　　*Plaintiff-Appellee*,

v.

**THOMAS SMITH,**
　　　　　　　　　　　　　　　　　　*Defendant-Appellant*.

On Appeal from the U.S. District Court for the District of Columbia
No. 1:22-cr-199 (Hon. Carl J. Nichols)

## MOTION TO HOLD CASE IN ABEYANCE

The government respectfully requests that the Court hold this appeal in abeyance for 90 days while the government conducts a review of its position in this case.

Defendant-Appellant Thomas Smith was charged in 2022, pleaded guilty in 2023, and was sentenced in 2024. Judgment was entered on November 15, 2024, and his then-attorney filed a notice of appeal on November 23, 2024.

No attorney has appeared for Defendant-Appellant Smith in this appeal. Mr. Smith was incarcerated throughout 2025. The Court has been attempting to reach Mr. Smith and has indicated that it may dismiss this appeal at any moment for failure to prosecute. *See* Clerk's Order (Nov. 12, 2025).

The government wishes to conduct a review of its position in this case, without the risk that the appeal may be dismissed in the meantime.

Therefore, the government respectfully requests that the Court hold this case in abeyance for 90 days.

Dated: January 20, 2026              Respectfully submitted,

<u>/s/ R. Trent McCotter</u>
R. Trent McCotter
D.C. Bar #1011329
Associate Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 305-7848
trent.mccotter@usdoj.gov

*Counsel for United States of America*

## CERTIFICATE OF COMPLIANCE

This Motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 149 words. This Motion also complies with the requirements of Federal Rule of Appellate Procedure 27(d)(1) because it was prepared in 14-point font using a proportionally spaced typeface.

                        Respectfully submitted,

                        <u>/s/ R. Trent McCotter</u>
                        R. Trent McCotter

## CERTIFICATE OF SERVICE

I certify that on this date, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system which will serve all parties automatically. A copy will also be sent to Defendant-Appellant's last known address.

                        Respectfully submitted,

                        <u>/s/ R. Trent McCotter</u>
                        R. Trent McCotter