**ORAL ARGUMENT NOT YET SCHEDULED**
**No. 24-3165**

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**UNITED STATES OF AMERICA,**
*Plaintiff-Appellee*,

**v.**

**THOMAS SMITH,**
*Defendant-Appellant.*

On Appeal from the U.S. District Court for the District of Columbia
No. 1:22-cr-199 (Hon. Carl J. Nichols)

**MOTION TO LIFT ORDER TO HOLD IN ABEYANCE**

The government respectfully requests that the Court lift the order for abeyance in this appeal.

Defendant-Appellant Thomas Smith was charged in 2022, pleaded guilty in 2023, and was sentenced in 2024. Judgment was entered on November 15, 2024, and his then-attorney filed a notice of appeal on November 23, 2024.

On January 20, 2026, the Government filed a motion to hold the case in abeyance to provide time for the Government to conduct further review. The Government delivered the motion to the last known address for Defendant-Appellant by certified mail. The Government received no correspondence in return. This Court granted the motion and held the matter in abeyance.

After review, the Government has determined that the case should be reinstated. Therefore, the Government respectfully requests that the Court lift the order to hold the matter abeyance.

The Defendant-Appellant was not reachable by phone or email to provide a position on this motion.

Dated: April 28, 2026                Respectfully submitted,

<u>/s/ Kelsey E. McGee</u>
Kelsey E. McGee
D.C. Bar #66976
Attorney
U.S. Department of Justice
Ben Franklin Station
P.O. Box 14403
Washington, DC 20044-4403
(202) 251-0053
kelsey.mcgee@usdoj.gov

*Counsel for United States of America*

## CERTIFICATE OF COMPLIANCE

This Motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 160 words. This Motion also complies with the requirements of Federal Rule of Appellate Procedure 27(d)(1) because it was prepared in 14-point font using a proportionally spaced typeface.

Respectfully submitted,

/s/ Kelsey E. McGee
Kelsey E. McGee

Dated: April 28, 2026

## CERTIFICATE OF SERVICE

I certify that on this date, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system which will serve all parties electronically registered. A copy will also be sent, via certified mail, to Defendant-Appellant's last known address.

Respectfully submitted,

/s/ Kelsey E. McGee
Kelsey E. McGee

Dated: April 28, 2026